**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01402-REB-OES

DIANE R. RINECK, formerly known as DIANE R. WIEDEMANN,

    Plaintiff,

v.

STEWART & ASSOCIATES, PC, Attorneys at Law, a Georgia professional corporation,
KAREN A. DITSCH, Attorney, and
CREDIGY RECEIVABLES, INC., a Nevada corporation,

    Defendants.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

On December 16, 2005, the plaintiff filed an **Unopposed Motion to Dismiss With Prejudice** [#15].  After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Unopposed Motion to Dismiss With Prejudice** [#15], filed on December 16, 2005, is **GRANTED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated December 16, 2005, at Denver, Colorado.

                BY THE COURT:

                s/ Robert E. Blackburn
                Robert E. Blackburn
                United States District Judge